FILED
2009 Jun-15  AM 09:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:09-cr-000057-LSC-JEO |
| | ) | |
| DAVID CRAIG BRYAN | ) | |

## MEMORANDUM OPINION

Before the court is defendant David Craig Bryan's "Petition for Court to Declare Statute Unconstitutional." (Doc. 19). On May 4, 2009, the magistrate judge assigned this matter filed a "Report and Recommendation" finding that the motion was due to be denied. (Doc. 25). The defendant has filed an "Objection" to the Report and Recommendation" and seeks "[r]eview by [d]istrict [c]ourt." (Doc. 26).

By way of background, the court notes that the defendant is charged with knowingly possessing materials that contain images of child pornography in violation of 18 U.S.C. § 2252(a)(5)(B) and knowingly distributing child pornography in violation of 18 U.S.C. § 2252(a)(2)(A) (Counts One - Two).[1] As noted by the magistrate judge, he challenges the cited statutes, asserting that 18 U.S.C. § 3509(m)[2] is unconstitutional because it denies him the

---

[1] References herein to "Doc. ___" are to the document numbers assigned by the Clerk of the Court.

[2] 18 U.S.C. § 3509(m) provides:

(m) Prohibition on reproduction of child pornography.--

   (1) In any criminal proceeding, any property or material that constitutes child pornography (as defined by section 2256 of this title) shall remain in the care, custody, and control of either the Government or the court.

   (2)(A) Notwithstanding Rule 16 of the Federal Rules of Criminal Procedure, a court shall deny, in any criminal proceeding, any request by the defendant to copy, photograph, duplicate, or otherwise reproduce any property or material that constitutes child pornography (as defined by section 2256 of this title), so long as the Government makes the property or material reasonably available to the defendant.
   (B) For the purposes of subparagraph (A), property or material shall be deemed to be reasonably available to the defendant if the Government provides ample opportunity for inspection, viewing, and examination at a Government facility of the property or material by the defendant, his or her attorney, and

opportunity to have an expert examine and test the purported images of child pornography that undergird the present prosecution. (Doc. 19 at ¶ 7). He further asserts that his Due Process and Confrontation rights have been violated because he does not have "sufficient time and opportunity to have the subject images examined by an independent expert." *Id*. at ¶ 11. The defendant does not cite any legal authority in support of these contentions.

In determining that the motion is due to be denied, the magistrate judge stated:

> In the present case, the defendant has been afforded expert funds to retain an expert to examine the relevant materials. The defendant's expert may seek access to the materials under the constraints of § 3509(m) and if he is not given appropriate access, he may notify the court and apply for relief. However, at this juncture, the defendant has made no showing of any constitutional infirmity.

(Doc. 25 at 5). In his "Objection," the defendant asserts that "[b]y denying the defendant sufficient time and opportunity to have the subject images examined by an independent expert, this law deprives the defendant of his rights to due process and is an unconstitutional infringement on his ability to defend him self [sic]." (Doc. 26). He concludes that "this Court . . . [should] find the above said subsection (m) of 18 U.S.C. § 3509 unconstitutional and Order the Government to provide the Defendant with the requested materials for forensic evaluation by an independent examiner." *Id*.

The court has considered the entire file in this action, including the Report and Recommendation and the defendant's "Objection" and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, the "Petition for

---

any individual the defendant may seek to qualify to furnish expert testimony at trial.

Court to Declare Statute Unconstitutional" (doc. 19) is due to be denied. An appropriate order will be entered.

To the extent that the defendant asserts in conclusory fashion that he and his expert have been denied sufficient time and opportunity for review of the materials, these matters should have been addressed in a motion for a continuance or to compel disclosure of Federal Rule of Criminal Procedure 16 discovery material. These allegations are insufficient to support a constitutional challenge.

Done this 15th day of June 2009.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019